**Derek A. Soinski (SBN 293747)**
**REDWOOD LAW GROUP, APC**
11440 W. Bernardo Ct., Ste. 300
San Diego, California 92127
Phone:  858-533-1889
E-Mail: derek@redwoodlawgroup.com

Attorney for Plaintiff
DAWN DURHAM

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN M. DURHAM, an individual, <br><br> Plaintiff, <br><br> v. <br><br> FORD MOTOR COMPANY, a Delaware Corporation, and <br><br> THOR MOTOR COACH, INC., a Delaware Corporation, <br><br> Defendants. | Case No.:   3:23-cv-00948-JLS-DEB <br><br> **JOINT NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

     PLEASE TAKE NOTICE that Plaintiff DAWN DURHAM, along with Defendant FORD MOTOR COMPANY and Defendant THOR MOTOR COACH, INC. (altogether, the "**Parties**") have reached a settlement in the

DURHAM v. FORD MOTOR COMPANY et al.                                   JOINT NOTICE OF SETTLEMENT

1

1  above-referenced case which will allow it to be dismissed with prejudice.  The
2  Parties have executed a formal settlement and release agreement, the conditions
3  of which are expected to complete within ninety (90) days.   Once the Parties
4  have satisfied all of the conditions of the settlement and release agreement, the
5  Parties will file a Joint Motion to Dismiss the Entire Action With Prejudice
6  forthwith.
7       The Parties, by and through their respective counsel, respectfully request
8  the Court vacate all pending dates associated with this action.

10  Dated:  July 25, 2023          REDWOOD LAW GROUP, APC

12                                 By:  /s/  Derek Soinski
13                                      Derek A. Soinski, Esq.
                                        Attorney for Plaintiff
14                                      DAWN DURHAM
                                        Email: derek@redwoodlawgroup.com

16  Dated:  July 25, 2023          WILSON TURNER KOSMO LLP

18                                 By:  /s/ Hang Do
                                        Hang Alexandra Do, Esq.
19                                      Attorney for Defendant
20                                      FORD MOTOR COMPANY
                                        Email: HDo@wilsonturnerkosmo.com

23  Dated:  July 25, 2023          BRAVO LAW GROUP, A.P.C.

25                                 By:  /s/ Delores Gonzalez
                                        Delores E. Gonzalez, Esq.
26                                      Attorney for Defendant
27                                      THOR MOTOR COACH, INC.
                                        E:dolores.gonzales@bravolawgroup.com
28

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Hang Do and Delores Gonzalez, counsel for Defendants, and that I have obtained each of their authorization to affix their electronic signatures to this document.

Dated: July 25, 2023       REDWOOD LAW GROUP, APC

By: /s/ Derek Soinski
Derek A. Soinski, Esq.
Attorney for Plaintiff
Email: derek@redwoodlawgroup.com