**REDWOOD LAW GROUP, APC**
DEREK A. SOINSKI (293747)
11440 W. Bernardo Ct., Suite 300
San Diego, California 92127
Tel: (858) 533-1889
E-mail: derek@redwoodlawgroup.com

Attorney for Plaintiff
DAWN M. DURHAM

**WILSON TURNER KOSMO LLP**
ROBERT A. SHIELDS (206042)
JAMES P. LEONARD II (255575)
HANG ALEXANDRA DO (305839)
402 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: rshields@wilsonturnerkosmo.com
E-mail: jleonard@wilsonturnerkosmo.com
E-mail: hdo@wilsonturnerkosmo.com
E-mail: warrantyeservice@wilsonturnerkosmo.com

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN M. DURHAM, an individual,<br><br>      Plaintiff,<br><br>      v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and THOR MOTOR COACH, INC., a Delaware Corporation,<br><br>      Defendants. | Case No. 23-cv-0948-JLS-MMP<br><br>**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: May 23, 2023<br><br>District Judge:   Janis L. Sammartino<br><br>Magistrate Judge: Michelle M. Pettit<br><br>Trial Date:     Not set |

///
///
///
///

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Dawn M. Durham and Defendants Ford Motor Company and Thor Motor Coach, Inc. hereby file this Joint Motion to request a Court Order to dismiss all of Plaintiff's claims against Defendants Ford Motor Company, Thor Motor Coach, Inc. and DOES 1-10 with Prejudice, in consideration of a negotiated settlement agreement entered into by the parties.

Dated:    October 25. 2023    **WILSON TURNER KOSMO LLP**

By:    _s/ Hang Alexandra Do_
ROBERT A. SHIELDS
JAMES P. LEONARD II
HANG ALEXANDRA DO
Attorneys for Defendant
FORD MOTOR COMPANY

Dated:    October 25. 2023    **REDWOOD LAW GROUP. APC**

By:    _s/ Derek A. Soinski_
DEREK A. SOINSKI
Attorney for Plaintiff
DAWN M. DURHAM

Dated:    October 25, 2023    **BRAVO LAW GROUP, A.P.C.**

By:    _s/ Dolores E. Gonzales_
DOLORES E. GONZALES
Attorney for Defendant
THOR MOTOR COACH, INC.

1

2

<u>**SIGNATURE ATTESTATION**</u>

3      I hereby certify that authorization for the submitting of this document has been

4   obtained from each of the other signatories shown above and that all signatories

5   concur in the document's content.

6                                              s/ *Hang Alexandra Do*

7                                              HANG ALEXANDRA DO

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28